IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL ACTION |
| | ) | |
| v. | ) | No. 07-20006-01-KHV |
| | ) | |
| JOSHUA D. HUNT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's Amended Motion To Terminate Defendant's Term Of Supervised Release (Doc. #238) filed January 29, 2021. The United States Attorney opposes defendant's request for relief. For reasons stated below, the Court sustains defendant's motion.

The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Court has "broad discretion" to grant or deny termination of supervised release. Rhodes v. Judiscak, 676 F.3d 931, 934 (10th Cir. 2012) (citing Burkey v. Marberry, 556 F.3d 142, 144–45 (3d Cir. 2009)).

The Court has considered the position of the United States Attorney and the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7). For substantially the reasons stated in defendant's Amended Motion To Terminate Defendant's Term Of Supervised Release (Doc. #238) and Defendant's Reply To Government's Response (Doc. #242) filed March 1, 2021, the Court finds that defendant's term of supervised release should be terminated. In particular, defendant completed several programs while in prison

including vocational training in carpentry, a painter apprenticeship and the 500-hour Residential Drug Abuse Treatment Program.  After release, defendant has completed drug treatment and counseling while in the community.   He has done well on supervision, maintained contact with his supervising officer and has no dirty UAs or other violations.   It does not appear that continued supervision would be helpful or necessary to ensure that defendant continues to adjust to his release after prison.   Based on defendant's showing and the relevant factors under Section 3553(a), the Court sustains defendant's motion for early termination of supervised release.

**IT IS THEREFORE ORDERED** that defendant's Amended Motion To Terminate Defendant's Term Of Supervised Release (Doc. #238) filed January 29, 2021 is **SUSTAINED**. The Court terminates the remaining term of defendant's supervised release. Defendant is discharged.

Dated this 5th day of March, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge